NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DONALD W. MACPHERSON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7086

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3660, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Donald W. MacPherson moves without opposition for a 63-day extension of time to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

DONALD MACPHERSON v. SHINSEKI                                    2

The motion is granted.  Mr. MacPherson's reply brief is due March 1, 2013.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27